```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :  16 CR 00342-01
      -against-                       :  ORDER
                                      :
ALEX LICHTENSTEIN                     :
                                      :
         Defendant                    :
                                      :
--------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/16

SIDNEY H. STEIN, United States District Judge:

I direct that the defendant's bail be modified to include substance abuse testing and treatment as directed by the Pretrial Services Office.

Dated: New York, New York

June 15, 2016

SO ORDERED

_____
HONORABLE SIDNEY H. STEIN
United States District Judge