UNITED  STATES  DISTRICT  COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-                                            NOTICE  OF  MOTION

DAVID VILLANEUVA and                             S2   16 Cr. 342 (SHS)
ALEX  LICHTENSTEIN,
                         Defendants.
------------------------------------------------------------X

        PLEASE TAKE NOTICE, that upon the annexed affirmation of the Defendant Alex

Lichtenstein, the annexed affirmation of RICHARD A. FINKEL, an attorney-at-law admitted

to the bar of this Court, the accompanying Memorandum of Law, the accompanying Exhibits

and Video recordings, and upon all the previous proceedings in this matter, the Defendant

ALEX  LICHTENSTEIN, will move this Honorable Court at the Courthouse at 500 Pearl Street,

New York, New York, on the 14th day of November, 2016, at 9:30 in the forenoon or as soon

thereafter as counsel may be heard, for the following relief:

        1.  An Order pursuant to Federal Rules of Criminal Procedure, Rule 12(b)(3), suppressing

all physical evidence and materials taken and seized from defendant Lichtenstein and from his

residence, or in the alternative, granting a suppression hearing;[1]

        2.  An Order pursuant to Federal Rules of Criminal Procedure, Rule 12(b)(3), suppressing

all statements made by Defendant Lichtenstein on and after April 17, 2016, or in the alternative,

granting a suppression hearing;[1]

---

     [1] The request for a Suppression Hearing was Granted by this Honorable Court during the
proceedings of October 14, 2016.

3.  An *en camera* inspection of the grand jury minutes and, thereupon, an Order dismissing the Indictment on the grounds that the Grand Jury presentation was defective and unduly prejudicial;

4.  An Order directing the Government to produce and deliver any and all evidence and other material as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny;

5.  An Order pursuant to the principles enunciated in *United States v. Giglio*, 405 U.S. 150 (1972), and its progeny, directing the Government to inform the defendant of the existence and nature of any and all cooperation agreements and understandings, providing copies of all agreements and notes reflecting such agreements and understandings, which have been made or entered into with any and all persons who participated in the alleged criminal activity as well as all witnesses who may be called to testify at any proceeding concerning the instant indictment;

6.  An Order, pursuant to 18 U.S.C. § 3500,  requiring the timely production of statements and reports of witnesses and potential witnesses;

7.   Permitting counsel to supplement the instant application and to submit such other motions as may be appropriate following an examination of the information and materials disclosed and to be disclosed by the Government; and

8.  Granting such other and further relief as this Honorable Court deems just and proper.


Dated: New York, New York
      November 3, 2016              *Respectfully submitted*,

                           RICHARD A. FINKEL, Esq., & Associates, PLLC.

                                    /s/
                       By:_____
                           Richard A. Finkel (RAF 0851)
                        270 Madison Avenue,  Suite 1203
                        New York, New York 10016
                              212-689-8600

Filed & Served: ECF