UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      -against-

DAVID VILLANEUVA and
ALEX LICHTENSTEIN,
                     Defendants.
-------------------------------------------------------X

S2   16 Cr. 342 (SHS)

NOTICE:   RULE 12.2
Fed. Rules Crim. Procedure

PLEASE TAKE NOTICE, that defendant ALEX LICHTENSTEIN intends to offer evidence, including expert evidence, of the disease of alcoholism as a defense at any trial of this action, or in mitigation of the crimes charged, or on the issue of punishment, and evidence that at the times of the alleged commission of the crimes charged by the Indictment, defendant Alex Lichtenstein was afflicted and suffering from alcoholism. *See United States v. Cervone*, 907 F2d 332, 346 (2d Cir 1990).

Dated: New York, New York
      November 3, 2016

*Respectfully submitted*,

RICHARD A. FINKEL, Esq., & Associates, PLLC.

        /s/
By:_____
     Richard A. Finkel
270 Madison Avenue, Suite 1203
New York, New York 10016
     212-689-8600

Filed & Served: ECF