USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA : CONSENT ORDER OF
: FORFEITURE
-v.- :
: S2 16 Cr. 342 (SHS)
ALEX LICHTENSTEIN, :
a/k/a "Shaya," :
:
Defendant. :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about June 16, 2016, ALEX LICHSTENSTEIN, a/k/a "Shaya" (the "defendant"), was charged in Counts One, Two and Four of a four-count superseding indictment, S2 16 Cr. 342 (SHS) (the "Indictment"), with participating in a conspiracy to bribe public officials (Count One), in violation of 18 U.S.C. § 371; participating in a scheme to bribe public officials (Count Two), in violation of 18 U.S.C. § 666; and offering a bribe to a public official (Count Four), in violation of 18 U.S.C. §§ 666;

WHEREAS, the Indictment included a forfeiture allegation, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of one or more of the offenses alleged in Counts One, Two and Four of the Indictment, including but not limited to the proceeds of the offenses alleged in Counts, One, Two and Four of the Indictment.

WHEREAS, on or about November 10, 2016, the defendant pled guilty to Counts Two and Four of the Indictment and admitted the forfeiture allegation, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation and agreed to forfeit $230,000 in United States currency, representing the proceeds obtained as a result of the bribery offenses charged in Counts Two and Four of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $230,000 in United States currency, representing the proceeds obtained as a result of the bribery offenses charged in Counts Two and Four of the Indictment, to which the defendant pled guilty.

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff, United States of America, by its attorney Preet Bharara, United States Attorney, Assistant United States Attorneys Russell Capone, Kan M. Nawaday, and Lauren B. Schorr, of counsel, and the defendant, and his counsel, Richard A. Finkel, Esq. that:

1. As a result of the offenses charged in Counts Two and Four of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $230,000 in United States

2

currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Order of Forfeiture, this Order is final as to the defendant, ALEX LICHTENSTEIN, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Upon execution of this Consent Order of Forfeiture, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

4. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Order of Forfeiture, the United States Attorney's Office is authorized to

conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

      6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

      7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Jason Cowley, Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

8. The signature page of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: _____          11/10/16
Russell Capone / Kan M. Nawaday               DATE
Lauren B. Schorr
Assistant United States Attorneys
One Saint Andrew's Plaza
New York, NY 10007

ALEX LICHTENSTEIN

By: _____          11/10/2016
ALEX LICHTENSTEIN                             DATE

By: _____          11/10/2016
RICHARD A. FINKEL, ESQ.                       DATE
Richard A. Finkel, Esq.
& Associates PLLC
270 Madison Avenue, Suite 1203
New York, New York 10016

SO ORDERED:
_____              11/10/2016
HONORABLE SIDNEY H. STEIN                    DATE
UNITED STATES DISTRICT JUDGE