The New York Times
620 EIGHTH AVENUE
NEW YORK, N.Y. 10018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/17
```

Docket -file 16 cr-342(SHS)

March 10, 2017

Hon. Sidney H. Stein
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Dear Judge Stein,

    I hereby request that the defense sentencing memorandum submitted to the court on behalf of Alex Lichtenstein (16-cr-342) be filed publicly on ECF as soon as possible, but certainly in advance of his sentencing, which is scheduled for March 16.

    Your order of Nov. 10, 2016 said the defense memo should have been filed two weeks before the sentencing, but no such filing appears on ECF. This case involves public corruption, where the argument for public filing is even stronger, but pre-sentence memos by both sides should be filed publicly in advance of all sentencings, particularly documents on which your honor is likely to rely in deciding the sentence. Moreover, the government, in its presentence memo of March 9, refers to the defense memo and criticizes some of its arguments.

    If necessary, the defense could file its sentencing memo on ECF with limited redactions, to conceal the identities of children or personal medical details, but otherwise the memo should be immediately placed on ECF so it may be reviewed and analyzed by the press and the public before the sentencing occurs.

    Thank you very much,

Sincerely,

Benjamin Weiser
Staff reporter, The New York Times
212-556-4065 (main office)
914-672-1595 (cell)
weiser@nytimes.com