# DEPARTMENT OF HOMELAND SECURITY
# UNITED STATES COAST GUARD AUXILIARY

## CERTIFICATE OF MEMBERSHIP



THIS IS TO CERTIFY THAT

### ALEX LICHTENSTEIN

HAS MET THE REQUIREMENTS OF THE REGULATIONS GOVERNING THE MEMBERSHIP OF THE UNITED STATES COAST GUARD AUXILIARY AND HAS BEEN ENROLLED AS A MEMBER

Given this 9th day of December, 2013





L. MOOSE
CDR, U.S. Coast Guard
Director of Auxiliary, First Southern Region

DHS. USCG. CG-2737A (Rev. 10-07) '0141111