**Richard A. Finkel, Esq. & Associates, PLLC.**
*Attorneys at Law*
270 MADISON AVENUE, SUITE 1203
NEW YORK, NEW YORK 10016
212-689-8600
Fax 212-271-7601
RAF@FinkelPLLC.com

RICHARD A. FINKEL

*RONALD M. KLEINBERG*
*LAUREL J. WEINBERG*
*of Counsel*

March 9, 2017

<u>By: Federal Express</u>

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Alex Lichtenstein
16 Cr. 342 (SHS)
Sentence Date: March 16, 2017

Your Honor,

In further support of the Sentence request of Alex Shaya Lichtenstein, we respectfully submit 12 additional Exhibits that depict community activities of Mr. Lichtenstein, and that are discussed in the PreSentence Memorandum that we previously submitted. These additional Exhibits are numbered consecutively to the Exhibits attached to the PreSentence Memorandum.

Exhibit 12     Regarding the Kletzky Kidnaping (see Sentencing Memorandum at 23), Missing Persons Poster prepared by Mr. Lichtenstein.

Exhibit 13     Regarding the Kletzky Kidnaping, Four Photos,
Top: Mr. Lichtenstein with Police supervisors directing search,
Bottom: Mr. Lichtenstein directing Shomrim search efforts.

Exhibit 14     Regarding the Kletzky Kidnaping, Four Photos,
Mr. Lichtenstein directing Shomrim search volunteers.

Exhibit 15   Regarding the Kletzky Kidnaping, Four Photos,
Top: Mr. Lichtenstein directing search efforts,
Bottom: Mr. Lichtenstein at news conferences by local elected officials.

Exhibit 16   Regarding a Search for a Missing Person in Borough Park,
Top: Mr. Lichtenstein with Police Department Supervisor directing the search.

Exhibit 17   Regarding Investigations (see Sentencing Memorandum at 42),
Surveillance Video screen shot, obtained by Mr. Lichtenstein, of the individual who posed as a utility company employee to defraud residents of Brooklyn, and that led to the arrest of the perpetrator. The screen shot was published in the N.Y. Post.

Exhibit 18   Regarding Investigations, Surveillance Video, obtained by Mr. Lichtenstein, of the individual who perpetrated the Friday Night Burglary Spree, that led to the arrest of the perpetrator (see Sentencing Memorandum at 42).

Exhibit 19   Regarding the Friday Night Burglary Spree, three photos,
Top Left: Detective recovering one of the stolen objects in the burglary spree,
Top Right: perpetrator of the burglary spree, under arrest, at the 66 Precinct, Borough Park Brooklyn,
Bottom: Photo of Police Supervisors and Detectives acknowledging the assistance of Shomrim in solving the Friday Night Burglary Spree, Mr. Lichtenstein is in the front row, center, next to the arresting Detective and the Precinct commander.

Exhibit 20   Four Photos, Mr. Lichtenstein rendering emergency assistance,
Top Right and Bottom Left: Mr. Lichtenstein atop a ladder, gaining entrance to a second floor apartment to free a trapped elderly woman.

Exhibit 21   Mr. Lichtenstein investigating spree of theft and vandalism of automobiles.

Exhibit 22   Two Photos, Regarding Food Drives organized by Mr. Lichtenstein (see Sentencing Memorandum at 50),
Police Supervisors are present as the local precinct assisted the food drive by providing traffic special control assistance to facilitate pick-up and deliveries of the food,
Top Photo: Mr. Lichtenstein at center next to the Police Captain,
Bottom photo: Mr. Lichtenstein is on the left.
Local elected official in both photos.

*Page 3*

Exhibit 23   Regarding Food Drives organized by Mr. Lichtenstein (see Sentencing Memorandum at 50), Photo of Mr. Lichtenstein discussing and planning special traffic control needs with local precinct supervisors and a local elected official.

We provide these additional photographs to further illustrate the exceptional and extraordinary nature of the "good works" and community efforts of Mr. Lichtenstein.

*Respectfully submitted,*

Richard A. Finkel
*Counsel for Defendant Alex Lichtenstein*

*Copy by Email:*
Russell Capone
Assistant U.S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007