UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 16-cr-342 (SHS) |
| -v- | : | <u>ORDER</u> |
| ALEX LICHTENSTEIN, | : | |
| Defendant. | : | |

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    In a letter to the Court dated January 8, 2024 [Doc. No. 167], the defendant seeks the return of two firearms seized by the government.

    IT IS HEREBY ORDERED that:

1. The government shall respond to defendant's letter by January 26, 2024; and

2. The defendant shall reply by February 2, 2024.

Dated: New York, New York
        January 12, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.