UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 16-cr-342 (SHS) |
| -v- | : | ORDER |
| ALEX LICHTENSTEIN, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

With the consent of the government [ECF Doc. No. 169],

IT IS HEREBY ORDERED that defendant's request to permit the government to release the following two weapons, (1) Make: Glock – Model 26 – Serial FFD968 and (2) Make: SW – Model 340 – Serial CPL2418, to the licensed firearms dealer listed in defendant's letter dated January 8, 2024 [ECF Doc. No. 167] is granted.

Dated: New York, New York
January 26, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Copy mailed to def. by chambers